UNITED STATES COURT OF INTERNATIONAL TRADE                    FORM 3

---

Oman Aluminium Rolling Company SPC,

                              Plaintiff,

  v.

United States,

                              Defendant.

Case No. 25-<u>00215</u>

SUMMONS

---

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



<u>/s/ Mario Toscano</u>
Clerk of the Court

1. **Name and Standing of Plaintiff**

   Plaintiff Oman Aluminium Rolling Company is a foreign producer and exporter of subject merchandise that was the sole respondent individually examined by the U.S. Department of Commerce ("Commerce") in the proceeding that resulted in the contested determination. Plaintiff thus meets the definition of an interested party under 19 U.S.C. § 1677(9)(A). Plaintiff also actively participated in the underlying proceeding that led to this appeal. Plaintiff therefore has standing to bring this action pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(I), (B)(iii) and 28 U.S.C. § 2631(c).

2. **Brief Description of Contested Determination**

   Plaintiff contests Commerce's final results, published as *Certain Aluminum Foil From the Sultanate of Oman: Final Results of the Antidumping Duty Administrative Review; 2022-2023*, 90 Fed. Reg. 44,162 (Sept. 12, 2025).

3. **Date of Determination**

   Commerce issued the contested final results on September 8, 2025.

4. **Date of Publication in Federal Register of Notice of Contested Determination**

The contested final results were published in the Federal Register on September 12, 2025 (90 Fed. Reg. 44,162).

          Respectfully submitted,

          /s/ Bernd G. Janzen

          Bernd G. Janzen
          Yujin K. McNamara
          Devin S. Sikes
          Sydney S. Stringer
          Sarah P. Tinaphong

          Akin Gump Strauss Hauer & Feld LLP
          2001 K Street NW
          Washington, DC 20006
          (202) 887-4309
          bjanzen@akingump.com

          *Counsel to Oman Aluminium Rolling Company SPC*

Dated:  September 26, 2025

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

Attorney-in-Charge
**U.S. DEPARTMENT OF JUSTICE**
International Trade Field Office
National Courts Branch
26 Federal Plaza
New York, NY 10278

Supervising Attorney
**U.S. DEPARTMENT OF JUSTICE**
Civil Division
Commercial Litigation Branch
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

General Counsel
**U.S. DEPARTMENT OF COMMERCE**
Mail Stop 5875 HCHB
14th Street & Constitution Ave., NW
Washington, DC 20230

Chief Counsel
**U.S. DEPARTMENT OF COMMERCE**
Office of the Chief Counsel for Trade Enforcement and Compliance
International Trade Administration
1401 Constitution Ave., NW
Washington, DC 20230

Pursuant to Rule 3(f), Plaintiff will separately notify the following interested parties of this summons:

John M. Hermann, Esq.
**KELLEY DRYE & WARREN LLP**
3050 K Street NW
Washington, DC 20007-5108

*On behalf of The Aluminum Association Trade Enforcement Working Group and its individual members Gränges Americas Inc., JW Aluminum Company, and Novelis Corporation*